

Eastern District of Kentucky
FILED
MAR 27 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-022-CHB-HAI
21 U.S.C. § 846

**JAMES EARL MARTIN and**
**WALTER BLAINE SMITH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

In or about December 2024, the exact date unknown, and continuing through on or about January 29, 2025, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**JAMES EARL MARTIN and**
**WALTER BLAINE SMITH**

did conspire together and with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **JAMES EARL MARTIN** committed the offense charged in this Indictment, **JAMES EARL MARTIN** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, conspiracy to possess with intent to distribute cocaine, a Schedule II controlled substance, for which he served more than 12 months of

imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offense alleged in the Indictment, **JAMES EARL MARTIN and WALTER BLAINE SMITH** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **JAMES EARL MARTIN and WALTER BLAINE SMITH** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

   a. Taurus International, model PT22, .22 caliber semiautomatic pistol with serial number Z021745;
   b. Taurus International, model TX22, .22 caliber semiautomatic pistol with serial number 1PT031814;
   c. All associated ammunition and accessories

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years nor more than 40 years imprisonment, not more than $5,000,000 fine, and at least 4 years supervised release.

### If Prior Serious Felony Drug Offense:
Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

PLUS: Mandatory special assessment of $100 per count.

PLUS: Forfeiture of listed items.